*Frank D. Whitney*
Chief United States District Judge

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

**Date:** July 3, 2013

**To:** The Honorable Frank D. Whitney
Chief U.S. District Court Judge

**From:** Clifton E. Johnson, II
U.S. Probation Officer

**Subject:** Shawn Christopher Moore
3:95CR0005-011
Travel Request

---

This is in reference to the above-named offender, who was charged with Conspiracy to Violate Narcotic Laws (crack) in violation of 21 U.S.C. 846. He appeared before the Honorable William L. Osteen, U.S. District Court Judge on November 2, 1995, sentenced to 200 months imprisonment followed by 10 years supervised release. Supervision commenced on November 5, 2008.

Since his release, Mr. Moore has performed satisfactorily while under supervision. He is currently paying towards his Court Appointed Counsel Fees with a remaining balance of $1115.50 toward Court Appointed Counsel fees. Mr. Moore has also maintained gainful employment along with a stable residence.

At this time, Mr. Moore and his wife are requesting to take a Carnival Cruise, sailing Cozumel, Mexico. They are scheduled to depart on July 8, 2013 returning on July 12, 2013. It is recommended that the offender be allowed to travel. Should Your Honor have any questions, please contact me at (704) 350-7681.


[ x ] Permission to Travel Approved

[ ] Permission to Travel Denied

[ ] Other

_____
Date: July 3, 2013

_____
Frank D. Whitney
Chief United States District Judge